IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:16-cv-3250-EAK-TMB

CARMEN CARBALLO,

    Plaintiff,

v.

IMPRO SYNERGIES LLC,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARMEN CARBALLO ("Plaintiff") and Defendant, IMPRO SYNERGIES LLC ("IMPRO"), (collectively, "the Parties"), hereby file this Notice of Settlement to inform the Court that the parties have reached a settlement, and are currently in the process of drafting a formal, written Settlement Agreement. The Parties will file the appropriate pleadings to dismiss the case with prejudice as soon as possible.

| | |
|---|---|
| */s/ LUIS A. CABASSA* | */s/ KEITH E. SONDERLING* |
| Luis A. Cabassa | Keith E. Sonderling, Esq. |
| Florida Bar No. 0053643 | Florida Bar No. 57386 |
| Wenzel Fenton Cabassa, P.A. | Gunster, Yoakley & Stewart, P.A. |
| 1110 N. Florida Avenue, Suite 300 | 777 S. Flagler Drive, Suite 500 East |
| Tampa, FL 33602 | West Palm Beach, FL 33401 |
| Telephone: 813-224-0431 | Telephone: (561) 655-1980 |
| Facsimile: 813-229-8712 | Facsimile: (561) 655-5677 |
| Email: lcabassa@wfclaw.com | Email: ksonderling@gunster.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant, IMPRO SYNERGIES LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I further certify that the foregoing document is being served on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

>   */s/ KEITH E. SONDERLING*
>   KEITH E. SONDERLING

**SERVICE LIST**
**Carballo v. Impro Synergies LLC**
Case No. 8:16-cv-3250-EAK-TMB

Luis A. Cabassa
Wenzel Fenton Cabassa, P.A.
1110 N. Florida Avenue, Suite 300
Tampa, FL 33602
Telephone:  813-224-0431
Facsimile:  813-229-8712
Email:  lcabassa@wfclaw.com
*Attorneys for Plaintiff*

WPB_ACTIVE 7573919.1