UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARMEN CARBALLO,

    Plaintiff,

v.                                              Case No: 8:16-cv-3250-T-17TBM

IMPRO SYNERGIES LLC,

    Defendant.

_____

## ORDER APPROVING SETTLEMENT

Before the Court is the *Joint Motion for Approval of Settlement, Dismissal of this Matter, and Incorporated Memorandum of Law* (the "**Motion**") (Doc. No. 12). The Court reviews and scrutinizes proposed settlements for fairness when suits are "brought directly by employees against their employer under section 216(b) to recover back wages for FLSA violations." Lynn's Food Stores. Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982).

Having reviewed the Motion and the proposed settlement agreement, it is **ORDERED** that the Motion is **GRANTED**. The settlement agreement is **APPROVED**, and the case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to close this case, and to terminate any pending motions.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida this 27th day of February, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record